Irving L. Berg
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA 94925
(415) 924-0742
Facsimile (415) 891-8208
irvberg@comcast.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FLORENCE ANDREWS                    Case No.: 3:10-cv-04724-JCS

                 Plaintiff,

v.                                  **STIPULATION FOR DISMISSAL
                                    WITH PREJUDICE**

CENTRAL CREDIT SERVICES

                 Defendants.

_____/

        It is hereby stipulated by and between the parties that this action against Defendants be

dismissed with prejudice and without costs and attorney's fees to any party, all costs and

attorneys' fees having been paid and all matters in controversy for which said action was brought

having been fully settled, compromised and adjourned.

Dated:  January 12, 2011            ____/s/_____
                                    Irving L. Berg, Esq.
                                    THE BERG LAW GROUP


Dated: January 12, 2011             ___/s/_____
                                    Issa K. Moe
                                    MOSS & BARNETT

Dated: 1/13/11

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA